AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

FEB 10 2022

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Seferino GARZA (USC) | ) Case No. M-22-0284-M |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 9, 2022__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with Intent to Distribute Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See attachment A

☑ Continued on the attached sheet.

*approved for filing pepeaflus 2/10/22*

_____
Complainant's signature

Benjamin Weightman, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/10/2022

_____
Judge's signature

City and state: McAllen, TX

Nadia S. Medrano, US Magistrate Judge
Printed name and title

Attachment A

On February 9, 2022, United States Border Patrol (USBP) Agents were conducting line watch operations in the Garceno area of Starr County, Texas. At approximately 0450 hours, Agents observed several individuals illegally cross into the United States from Mexico and were seen carrying backpacks. Agents then observed one male, later identified as Seferino GARZA, make contact with the subjects who had illegally entered the United States. GARZA then retrieved the two backpacks from them.

Once GARZA had possession of the backpacks, the unknown individuals who crossed from Mexico returned to Mexico while GARZA began to walk north continuing toward Old Highway 83. At that time, Agents identified themselves and attempted to make contact with GARZA. GARZA then dropped the backpacks and began to flee on foot. Agents deployed a police K9 and GARZA was taken into custody approximately forty feet from the backpacks. USBP Agents advised that the entirety of the incident was recorded via aerial surveillance.

Agents examined the backpacks and located twenty (20) bundles totaling a weight of 23.5 kilograms. Agents conducted a field test of bundles indicating a positive test for cocaine.

GARZA was transported to the Rio Grande City Border Patrol Station and advised of his Miranda Rights. GARZA declined to provide a statement or answer any questions and requested an attorney.